UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSUE POLANCO,

    Plaintiff,

v.                                  Case No. 3:25-cv-60-HES-PDB

THE BRUSS COMPANY,

    Defendant.
_____/

## ORDER

This matter is before this Court on the United States Magistrate Judge's Report and Recommendation (Dkt. 38), which recommends dismissing this action without prejudice. Plaintiff was advised about filing timely objections to the Report and Recommendation and the impact those objections would have on this Court's review. No objections were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court fully adopts the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 38) is **ADOPTED**;

2. This action is dismissed without prejudice; and

3. The Clerk is directed to dismiss all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2 4/ day of November 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
Josue Polanco, *Pro Se*
Stephen W. Mooney, Esq.
Matthew Trainor Gomes, Esq.